UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARK NOONAN,

                Plaintiff,

-against-

MONDO VAIRON DONOVAN,
ISLAM A. AKHMEDOV,
A&R HEAVY HAUL, L.L.C.,
HEAVY HAUL SOLUTIONS, INC.,
RUSLAN AKHMEDOV, and
VIKTORIYA AKHMEDOV,

                Defendants.

**Stipulation of Discontinuance**

No.: 1:21-CV-450(FJS/CFH)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 26, 2023

*[signature]*

Matthew J. Dillon, Esq.
Harding Mazzotti, LLP
*Attorneys for Plaintiff*
1 Wall Street
P.O. Box 15141
Albany, New York 12212-5141

Dated:

*[signature]*

David M. Kupfer, Esq.
Kennedys
*Attorneys for Defendants*
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ 07920

IT IS SO ORDERED.

Date:  June 29, 2023

*[signature]*

Frederick J. Scullin, Jr.
Senior United States District Judge